**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01165-CR
No. 05-13-01167-CR
No. 05-13-01168-CR
No. 05-13-01169-CR

**JASMINE LANETTE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-70295-M, F12-70296-M, F12-70403-M, F12-70404-M**

## ORDER

The Court **GRANTS** court reporter Belinda Baraka's January 2, 2014 request for an extension of time to file the reporter's record. We **ORDER** Ms. Baraka to file the reporter's record within **THIRTY DAYS** of the date of this order.

We note the clerk's records are overdue in the appeals. Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court; Gary Fitzsimmons, Dallas

County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE